Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UN4 PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIMITRIA OMELCO, an individual; <br> RAHUL DHAR, an individual; <br> MARLENE REYNIER, an individual; <br> JACKLYN FAMAW, an individual; and <br> GANZORIG WEINER, an individual, <br><br> Defendants. | Civil Action No. 17-cv-786RSL <br><br> STIPULATION AND ORDER OF SUBSTITUTION <br><br> NOTE ON MOTION CALENDAR: <br> August 22, 2017 |

## STIPULATION

Plaintiff and Defendant Jacklyn Famaw (Doe 9) agree to dismiss Defendant and substitute the responsible party, Sylvia T. Falngin, 3828 Southlake Dr. SE, Lacey, WA 98503, for Ms. Famaw in the above-captioned case. The dismissal of Ms. Famaw is without prejudice and with each side bearing its own fees and costs.

RESPECTFULLY SUBMITTED this 18th day of August, 2017.

s/ David A. Lowe, WSBA No. 24,453
Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300
*Attorneys for Plaintiff*

Jacklyn Famaw

STIPULATION AND ORDER OF SUBSTITUTION - 1
Civil Action No. 17-cv-786RSL
INIP-6-0084P07 Substitution - Doe 9

LOWE GRAHAM JONES
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

## ORDER

This matter comes before the Court on the above Stipulation of the parties. Now, therefore, good cause being shown, it is hereby ORDERED, ADJUDGED AND DECREED that Defendant Jacklyn Famaw is hereby dismissed without prejudice from the case, with each side bearing its own fees and costs, and Sylvia T. Falngin is substituted therefore.

DATED this **24th** day of **Aug.**, 2017.

*/s/ M S Casnik*
United States District Judge

STIPULATION AND ORDER OF SUBSTITUTION - 2
Civil Action No. 17-cv-786RSL
INIP-6-0084P07 Substitution - Doe 9

LOWE GRAHAM JONES
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301